# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**F. MICHAEL HART, Guardian ad Litem**
**for T.M.,**

     **Plaintiff,**

**v.**                                       **No. 13-cv-0824 MCA/SMV**

**WELLBRIDGE, INC.;**
**WELLBRIDGE CLUB MGMT., LLC;**
**NEW MEXICO SPORTS AND WELLNESS;**
**STARMARK CAMHOOD, LLC;**
**and STARMARK HOLDINGS, LLC;**

     **Defendants.**

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    March 6, 2014, at 10:00 a.m.

**Matter to be heard**:    Defendants' Motion for Protective Order and Notice of Non-appearance Regarding . . . Eddie Williams [Doc. 50].

     **IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 50]

is hereby set for **March 6, 2014, at 10:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me"

line at **(505) 348-2357** to connect to the proceedings.[1]

     **IT IS SO ORDERED.**

                                   _____
                                   **STEPHAN M. VIDMAR**
                                   **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.