IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

F. MICHAEL HART, Guardian ad Litem
for T.M.,

    Plaintiff,

v.                                    No. 13-cv-0824 MCA/SMV

WELLBRIDGE, INC.;
WELLBRIDGE CLUB MGMT., LLC;
NEW MEXICO SPORTS AND WELLNESS;
STARMARK CAMHOOD, LLC;
and STARMARK HOLDINGS, LLC;

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    March 14, 2014, at 9:30 a.m.

**Matter to be heard**:  Plaintiff's Motion to Disqualify Counsel . . . [Doc. 40].

    **IT IS ORDERED** that a telephonic hearing on the pending motion [Doc. 40] is hereby set for **March 14, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.