IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

F. MICHAEL HART, Guardian ad Litem
for T.M.,

    Plaintiff,

v.                                                                    No. 13-cv-0824 MCA/SMV

WELLBRIDGE, INC.;
WELLBRIDGE CLUB MGMT., LLC;
NEW MEXICO SPORTS AND WELLNESS;
STARMARK CAMHOOD, LLC;
and STARMARK HOLDINGS, LLC;

    Defendants.

## ORDER STAYING CASE

THIS MATTER is before the Court following the March 6, 2014 oral argument held on Defendant's Motion for Protective Order and Notice of Non-appearance Regarding . . . Eddie Williams [Doc. 50]. At the hearing, the parties jointly requested that all proceedings be stayed in this case for 60 days to allow the parties to pursue settlement negotiations. [Doc. 94]. The Court determines that conservation of limited judicial resources requires a stay of all proceedings in this case until **May 12, 2014**.[1]

Plaintiff's counsel shall inform the Court regarding the status of the parties' attempts at settlement by **May 5, 2014**. Plaintiff's counsel shall do so by emailing VidmarChambers@nmcourt.fed.us.

---

[1] The Court will set a status conference after lifting the stay to evaluate and reset discovery and response deadlines as appropriate. However, Defendants' counsel is still obligated to provide the Court with a proposed order on Defendants' Motion for Protective Order . . . Regarding Eddie Williams [Doc. 50] by **March 16, 2014**.

1

Additionally, Plaintiff filed an Expedited Motion for Entry of a Limited Stay of Proceedings [Doc. 55] ("Motion to Stay") on January 31, 2014, seeking a stay of proceedings pending ruling on Plaintiff's Motion to Disqualify Counsel . . . [Doc. 40] ("Motion to Disqualify"). Upon request by the parties, the Court agreed to defer ruling on the Motion to Disqualify while the parties attempt to resolve their dispute through private mediation. [Doc. 94]. The Motion to Disqualify is presently set for hearing on May 12, 2014. [Doc. 95]. As a result of these subsequent events, Plaintiff's Motion to Stay has been rendered moot and will be denied on that basis.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that proceedings in this case are **STAYED** until **May 12, 2014.**

**IT IS FURTHER ORDERED** that Plaintiff's Expedited Motion for Entry of a Limited Stay of Proceedings [Doc. 55] is hereby **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**