# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

F. MICHAEL HART, as guardian ad litem and
next friend for minor child T.M.,

      Plaintiff,

v.                                                                                           No. 1:13-cv-00824 MCA-SMV

WELLBRIDGE, INC. a foreign limited liability company,
WELLBRIDGE CLUB MANAGEMENT, LLC, a foreign
limited liability company, NEW MEXICO SPORTS & WELLNESS
d/b/a MIDTOWN SPORTS & WELLNESS, STARMARK
CAMHOOD, LLC d/b/a NEW MEXICO SPORTS & WELLNESS
a foreign limited liability company, and STARMARK HOLDINGS,
L.L.C., a foreign limited liability company,

      Defendants.

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF EDDIE WILLIAMS

THIS MATTER having come before the Court upon Defendant's Motion for Protective Order and Notice of Non-Appearance Regarding the Deposition of Eddie Williams, the Court having read the briefing, reviewed the Court file and being otherwise fully advised on the premises,

FINDS:

Defendant's Motion for Protective Order and Notice of Non-Appearance Regarding the Deposition of Eddie Williams is well-taken, in part.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.     The Notice to Take Deposition of Eddie Williams is quashed.

2. Plaintiff may notice the deposition of a corporate representative under Federal Rule of Civil Procedure 30(B)(6) to testify regarding the Wellbridge entities' corporate structure.

3. If after taking the 30(B)(6) deposition, Plaintiff is not satisfied that Plaintiff has obtained adequate discovery into the corporate structure of the Wellbridge entities, Plaintiff may then seek permission from the Court to depose Mr. Williams on that topic.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By _/s/ Adam E. Lyons_____
    Adam E. Lyons
    Kassandra M. Bentley
    201 Third Street NW, Suite 1700
    Albuquerque, NM 87102
    Telephone: (505) 244-0770
    Facsimile: (505) 244-9266
    *Attorneys for Defendants*

Approved as to form by:

CURTIS AND LUCERO


By *Electronic approval – 3/14/2014*
    Amalia Lucero
    301 Gold Ave., S.W., Suite 201
    Albuquerque, New Mexico 87102
    Telephone: (505) 243-2808
    *Attorneys for Plaintiffs*


006839\0153\11067324.1