# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

F. MICHAEL HART, Guardian ad Litem
for T.M.,

    Plaintiff,

v.                                                                No. 13-cv-0824 MCA/SMV

WELLBRIDGE, INC.;
WELLBRIDGE CLUB MGMT., LLC;
NEW MEXICO SPORTS AND WELLNESS;
STARMARK CAMHOOD, LLC;
and STARMARK HOLDINGS, LLC;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter, and the settlement was approved in a sealed order by the presiding judge on July 9, 2014. [Doc. 105].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **October 14, 2014**. If counsel anticipate that this deadline cannot be met, they should notify chambers and request a status conference.

**IT IS SO ORDERED.**

                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**